[No. 70750-7-I.   Division One.   May 18, 2015.]

*In the Matter of the Detention of* DENNIS WAYNE BREEDLOVE.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-2-08597-9, Marybeth Dingledy, J., entered May 22, 2013. *Reversed* by unpublished opinion per Trickey, J., concurred in by Spearman, C.J., and Verellen, J.

[No. 70901-1-I.   Division One.   May 18, 2015.]

JEFFREY R. MCKEE, *Appellant*, v. KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-2-08128-8, George F.B. Appel, J., entered August 21, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Verellen, A.C.J., and Cox, J.

[No. 70931-3-I.   Division One.   May 18, 2015.]

TIMOTHY KEITH, *Appellant*, v. AMANDA JAMISON, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 12-3-00219-0, Michael E. Rickert, J., entered August 30, 2013. *Affirmed* by unpublished per curiam opinion.

[No. 71269-1-I.   Division One.   May 18, 2015.]

DONALD BROWNELL, *Appellant*, v. SNOHOMISH COUNTY PUBLIC UTILITY DISTRICT NO. 1, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-2-07328-5, Richard T. Okrent, J., entered November 15, 2013. *Reversed* and *remanded* by unpublished opinion per Cox, J., concurred in by Spearman, C.J., and Dwyer, J.